UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

| In The Matter Of: | In Bankruptcy: |
|---|---|
| MICHAEL HADOUS<br>FATMEH DORA HADOUS | Case No. 10-56468-PJS<br>Chapter 7<br>Hon. Phillip J. Shefferly |
| Debtor(s). / | |

## AMENDED CERTIFICATE OF DISTRIBUTION

Wendy Turner Lewis, Trustee of the above-named estate, hereby states the following:

1. That the Trustee has fully administered this estate by either liquidating or abandoning all property of the estate;

2. That the Trustee has collected $14,001.08 and disbursed $10,968.98, leaving a balance on hand of $3,032.10, which funds are deposited in an account at Bank of Texas;

3. The Trustee filed Certificate of Distribution on October 12, 2012 to distribute all proceeds on hand, we received a check from State of Michigan claim # 10 stating that the account is paid and in good standing. The trustee is amending the Certificate of Distribution to allow the unsecured claims to receive the funds in the account.

| | Unsecured Claims | Amount Allowed | % Paid | Amount Paid |
|---|---|---|---|---|
| 1 | Rjm Acq Llc | $620.88 | % 0.17 | $1.06 |
| 2 | DISCOVER BANK | $18,112.97 | % 0.17 | $31.04 |
| 3 | N. A. Chase Bank Usa | $19,879.14 | % 0.17 | $34.07 |
| 4 | NCO PORTFOLIO MANAGEMENT | $1,310.76 | % 0.17 | $2.24 |
| 5 | Ally Financial Inc. F/K/A Gmac Inc. | $11,138.11 | % 0.17 | $19.09 |
| 6 | Business Loan Center, Llc | $1,553,197.48 | % 0.17 | $2,661.65 |
| 7 | CONSUMERS ENERGY COMPANY | $259.83 | % 0.17 | $0.44 |
| 8 | Irs District Director | $455.19 | % 0.17 | $0.79 |
| 12 | MICHIGAN DEPARTMENT OF TREASURY | $6,748.85 | % 0.17 | $11.57 |

| | | | | |
|---|---|---|---|---|
| 13 | AMERICAN EXPRESS CENTURION BANK | $28,536.78 | % 0.17 | $48.90 |
| 14 | AMERICAN EXPRESS BANK FSB | $28,757.14 | % 0.17 | $49.28 |
| 15 | CAPITAL RECOVERY III LLC | $8,028.77 | % 0.17 | $13.76 |
| 16 | CAPITAL RECOVERY III LLC | $2,825.61 | % 0.17 | $4.84 |
| 17 | CAPITAL RECOVERY III LLC | $18,405.97 | % 0.17 | $31.54 |
| 18 | CAPITAL RECOVERY III LLC | $813.95 | % 0.17 | $1.40 |
| 19 | COMCAST | $179.57 | % 0.17 | $0.31 |
| 20 | COMCAST | $108.35 | % 0.17 | $0.19 |
| 21 | Brown Bark Lp, Iii | $51,166.69 | % 0.17 | $87.68 |
| 22 | Na/Bank Of America Fia Card Service | $18,411.80 | % 0.17 | $31.55 |
| 23 | Capio Partners Llc | $412.75 | % 0.17 | $0.70 |
| | | | **Subtotal:** | **$3,032.10** |
| | | | **Total:** | **$3,032.10** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

/s/ Wendy Turner Lewis
444 West Willis, Suite 101
Detroit MI 48201
Phone: (313) 832-5555
E-mail: wtlewis@ameritech.net
[]

Dated: October 20, 2014